**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6239

TONY WADDLE MCMANUS,

                              Petitioner - Appellant,

        versus

HAMIDULLAH, Warden; UNITED STATES OF AMERICA,

                              Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Sol Blatt, Jr., Senior District
Judge.  (9:05-cv-00035-SB)

Submitted: June 22, 2006              Decided: June 30, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Waddle McManus, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony Waddle McManus, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McManus v. Hamidullah, No. 9:05-cv-00035-SB (D.S.C. Sept. 27, 2005; Nov. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED